IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARMANDO MALDONADO JAIMES )
)
    Petitioner, )
)
v. )     Case 1:26-cv-00325-JB-KRS
)
PAMELA BONDI, *Attorney General of the* )
*United States*; TODD LYONS, *Acting Director* )
*of Immigration and Customs Enforcement*; )
GEORGE DEDOS, *Warden of Cibola County* )
*Correctional Center*, and MARY DE ANDA )
YBARRA, *Field Office Director of El Paso* )
*Field Office, U.S. Immigration and Customs* )
*Enforcement*, )
)
    Respondents. )

## <u>ORDER GRANTING MOTION TO AMEND RESPONSE</u>

**THIS MATTER** comes before the Court on Respondents' Motion to Amend Response to Writ of Habeas Corpus ("Motion to Amend"), filed March 244, 2025. (Doc. 11). In the Motion to Amend, Respondents state they obtained new evidence that corrects material facts to their Response to Petition for Writ of Habeas Corpus ("Response"), (Doc. 10), filed March 23, 2026. Specifically, in the Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), (Doc. 1), Petitioner Armando Maldonado Jaimes ("Petitioner") alleges he was "issued a Form 1-94 documenting an 'Admit Until Date' of April 18, 2025." (Doc. 11 at 1 (citing Doc. 1 at 2)). New evidence obtained after filing the Response established that Petitioner's parole expiration date was actually November 13, 2026. (*Id.* at 1-2). However, Petitioner applied for admission via the "CBP One" program that was terminated in April 2025. (*Id.*) Respondents contend the termination of the "CBP One" program resulted in the "general revocation of parole" for Petitioner effective April 18, 2025. (*Id.* at 2). In light of these facts, Respondents wish to

withdraw their position that Petitioner's parole expired prior to his arrest and, thus, no individual assessment or written notice was required. (*Id.* at 3). Respondents do not intend to withdraw their positions related to Petitioner's claims that his detention violates the Administrative Procedure Act or his request for attorneys' fees under the Equal Access to Justice Act. (*Id.*)

Rule 15(a)(1) of the Federal Rules of Civil Procedure provides a party may amend its answer once as a matter of course within 21 days of serving the answer. FED. R. CIV. P. 15(a)(1). Respondents timely filed their Response in compliance with this Court's Order to Answer and Enjoining Transfer Out of State, (Doc. 8). A response in habeas corpus matters is a pleading. *See* USCS Sec. 2254 Cases R 5. Respondents are therefore entitled to amend their Response as a matter of course without Petitioner's written consent or the Court's leave because they sought to amend one day after filing the Response. Additionally, Rule 15(a)(2) provides that leave to amend a pleading should be freely given "when justice so requires." FED. R. CIV. P. 15 (a)(2). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Bylin v. Billings*, 568 F.3d 1224, 1229 (10th Cir. 2009) (citation omitted). Allowing Respondents to amend, especially considering their intent to withdraw one their arguments, will serve the purpose of judicial economy and narrow the issues before the Court. Respondents have had time to review the new evidence, consider their position, and research the relevant law, accordingly, the Court will allow Respondents leave to file an amended response within ten (10) business days of entry of this Order. Petitioner may file a reply within ten (10) business days after Respondents' amended response is filed.

**IT IS THEREFORE ORDERED** that:

1.    Respondents' Motion to Amend Response to Writ of Habeas Corpus, (Doc. 11), is

**GRANTED**;

2.     The United States Attorney's Office must file an amended response within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted; and

3.     If Petitioner wishes to file an optional reply, he must do so within ten (10) business days after Respondents' amended response is filed.

**IT IS SO ORDERED** this 31st day of March, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

3